JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR13-321 RSM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATE |
| STEVEN LLOYD SADLER and, ) JENNA M. WHITE, ) | |
| Defendants. ) | |

THIS MATTER having come before the Court on the defendants' stipulated motion to continue trial and pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by each of the defendants, and the records and files herein, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense review of the discovery, research of the relevant law, discussion with their clients, investigation, and effective trial preparation. All of these factors outweigh the best interests of the public and the defendants in a more speedy trial, within the meaning of § 3161(h)(7).

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND  MOTIONS DATE - 1
*(Steven Sadler et. al.*; CR13-321 RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  IT IS THEREFORE ORDERED that the trial date shall be continued from
2  December 16, 2013, to April 28, 2014, and pretrial motions are to be filed no later than
3  March 21, 2014.

4  IT IS FURTHER ORDERED that the resulting period of delay from today's date
5  to the new trial date of April 28, 2014, is hereby excluded for speedy trial purposes
6  under 18 U.S.C. § 3161(h)(7)(A) and (B).

7  DATED this 4 day of December 2013

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Michael Filipovic

s/ *Kyana Givens*
Kyana Givens

Assistant Federal Public Defenders
Attorneys for Steven Sadler

s/ *Robert Flennaugh*
Robert Flennaugh, WSBA No. 26764
Attorney for Jenna M. White

s / *Thomas Woods*
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND MOTIONS DATE - 2
*(Steven Sadler et. al.*; CR13-321 RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**