UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-321 RSM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| STEVEN SADLER, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on the defendant's stipulated motion to continue trial and pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by Mr. Sadler, and the records and files herein, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense review of the discovery, research of the relevant law, discussion with Mr. Sadler, investigation, and effective trial preparation. All of these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of § 3161(h)(7).

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS
DEADLINE - 1
(*Steven Sadler*; CR13-321 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date shall be continued from April
2  28, 2014, to June 30, 2014, and pretrial motions are to be filed no later than May 22,
3  2014.
4  IT IS FURTHER ORDERED that the resulting period of delay from today's date
5  to the new trial date of June 30, 2014, is hereby excluded for speedy trial purposes under
6  18 U.S.C. § 3161(h)(7)(A) and (B).

8  DATED this 21st day of March 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

17 Presented by:

18 s/ *Michael Filipovic*
19 Michael Filipovic

20 s / *Thomas Woods*
21 Assistant United States Attorney

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS
DEADLINE - 2
(*Steven Sadler*; CR13-321 RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100