JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-321-RSM |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING |
| v. | ) | EXHIBITS 11 THROUGH 15 TO |
| | ) | DEFENDANT'S SENTENCING |
| STEVEN SADLER, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

Steven Sadler, by his attorney, Federal Defender Michael Filipovic, files the following Exhibits 11 through 15 as supplements to Defendant's Sentencing Memorandum. Copies were provided to the Court and to Assistant United States Attorney Thomas Woods at the sentencing hearing on March 19, 2015.

DATED this 23rd day of March, 2015.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Steven Sadler

NOTICE OF FILING EXHIBITS 11
THROUGH 15 TO DEFENDANT'S
SENTENCING MEMORANDUM
(*Steven Sadler;* CR13-321-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the parties of record in this case.

s/ *Suzie Strait*
Paralegal

| | |
|---|---|
| NOTICE OF FILING EXHIBITS 11 THROUGH 15 TO DEFENDANT'S SENTENCING MEMORANDUM (*Steven Sadler;* CR13-321-RSM) | **FEDERAL PUBLIC DEFENDER** **1601 Fifth Avenue, Suite 700** **Seattle, Washington 98101** **(206) 553-1100** |