**Homeland Security Investigations**

**Steve Sadler / "NOD"**
**Search Warrant - 07/31/2013**

| Date | P # | data# | Location | Description : SADLER warrant 07/31/2031 | Notes: |
|------|-----|-------|----------|------------------------------------------|--------|
| 07.31.13 | 1 | 5590 | A | **KITCHEN - OVERVIEW** | |
| 07.31.13 | 2 | 5591 | B | **ENTRY WAY - OVERVIEW** | |
| 07.31.13 | 3 | 5592 | J | **CLOST IN ENTRY WAY - OVERVIEW** | |
| 07.31.13 | 4 | 5593 | A | KITCHEN - SUBSTANCE ON FOIL | |
| 07.31.13 | 5 | 5594 | C | **LIVING ROOM - OVERVIEW** | |
| 07.31.13 | 6 | 5595 | D | **LAUNDRY ROOM - OVERVIEW** | |
| 07.31.13 | 7 | 5596 | E | **DEN - OVERVIEW** | |
| 07.31.13 | 8 | 5597 | E | DEN - COUCH | |
| 07.31.13 | 9 | 5598 | E | DEN - CLOSET FLOOR / MAIL ENVELOPES | |
| 07.31.13 | 10 | 5599 | E | DEN - CLOSET : GLOVES; HEAT SEALER | |
| 07.31.13 | 11 | 5600 | E | DEN - CLOSET : GLOVES; CUSHIONED MAILERS | |
| 07.31.13 | 12 | 5601 | F | **BATHROOM** | |
| 07.31.13 | 13 | 5602 | G | **MASTER BEDROOM - OVERVIEW** | |
| 07.31.13 | 14 | 5603 | H | **MASTERCLOSET - OVERVIEW (LEFTSIDE)** | |
| 07.31.13 | 15 | 5604 | H | MASTERCLOSET - OVERVIEW (RIGHT SIDE) | |
| 07.31.13 | 16 | 5605 | I | **MASTER BATHROOM - OVERVIEW** | |
| 07.31.13 | 17 | 5606 | I | $ UNDER DRESSER | |
| 07.31.13 | 18 | 5607 | I | $ UNDER DRESSER W/ FALSE BOTTOM | |
| 07.31.13 | 19 | 5608 | I | UNDER BED: ROPES, ETC | |
| 07.31.13 | 20 | 5609 | I | UNDERBED: ROPES, CUFFS | |
| 07.31.13 | 21 | 5610 | X | HEROIN IN PACKET - ON PERSON OF KEVIN | |
| 07.31.13 | 22 | 5611 | X | HEROIN IN PACKET - ON PERSON OF KEVIN | |
| 07.31.13 | 23 | 5612 | B | COMPUTER & TWP DR IVES | |
| 07.31.13 | 24 | 5613 | B | CHECK BOOKS IN COMPUTER DESK DRAWER | |
| 07.31.13 | 25 | 5614 | C | OPIUM BOOKS UNDER LIVINGROOM COUCH | |
| 07.31.13 | 26 | 5615 | A | SAFE IN KITCHEN CABINET | |
| 07.31.13 | 27 | 5616 | A | 4 GOLD COINS, 1 SILVER BAR IN SAFE IN KITCHEN | |
| 07.31.13 | 28 | 5617 | E | BAG OF EXPRESS MAIL STAMPS IN CLOSET | |
| 07.31.13 | 29 | 5618 | E | METH CRYSTALS, COKE, IN DESK ORGANIZER | |
| 07.31.13 | 30 | 5619 | E | METH FOIL, DRUGS, AND EMAIL ON TOP OF DESK | |

**Exhibit 11**

Homeland Security
Investigations

Steve Sadler / "NOD"
Search Warrant - 07/31/2013

| | | | | | |
|---|---|---|---|---|---|
| 07.31.13 | 31 | 5620 | E | EMAIL RE: HOW TO AVOID CUSTOMS INSPECTIONS | |
| 07.31.13 | 32 | 5621 | A | BLUE PLASTIC BOX IN KITCHEN CABINET | |
| 07.31.13 | 33 | 5622 | A | COKE BAGS INSIDE BLUE  BOX | |
| 07.31.13 | 34 | 5623 | A | METH BAG IN SIDE BLUE PLATIC BOX | |
| 07.31.13 | 35 | 5624 | A | COKE BAGS INSIDE BLUE  BOX | |
| 07.31.13 | 36 | 5625 | A | COKE BAGS INSIDE BLUE  BOX | |
| 07.31.13 | 37 | 5626 | A | METH BAG IN SIDE BLUE PLATIC BOX | |
| 07.31.13 | 38 | 5627 | A | FOOD SAVER BOX | |
| 07.31.13 | 39 | 5628 | A | XANEX PILLS IN BAG IN KITCHEN CABINET | |
| 07.31.13 | 40 | 5629 | A | XANEX PILLS IN BAG IN KITCHEN CABINET | |
| 07.31.13 | 41 | 5630 | A | PAPER BAG IN KITCHEN  CABINET | |
| 07.31.13 | 42 | 5631 | A | COKE PACKETS IN PAPER BAG | |
| 07.31.13 | 43 | 5632 | A | COKE PACKETS IN PAPER BAG | |
| 07.31.13 | 44 | 5633 | G | GUN IN MATRESS | |
| 07.31.13 | 45 | 5634 | G | GUN IN MATRESS | |
| 07.31.13 | 46 | 5635 | G | GUN & MAGAZINE | |
| 07.31.13 | 47 | 5636 | G | GUN - SERIAL # MR00954 | |
| 07.31.13 | 48 | 5637 | E | US EXPRESS MAIL ENVELOPES & TRACKING LABELS | |
| 07.31.13 | 49 | 5638 | E | TRACKING LABELS AND DRUG WEIGHT LABELS | |
| 07.31.13 | 50 | 5639 | E | US EXPRESS MAIL ENVELOPES & TRACKING LABELS | |
| 07.31.13 | 51 | 5640 | E | US EXPRESS MAIL ENVELOPES & TRACKING LABELS | |
| 07.31.13 | 52 | 5641 | E | DEN - CLOSET : GLOVES; CUSHIONED MAILERS | |
| 07.31.13 | 53 | 5642 | E | DEN - CLOSET : GLOVES; HEAT SEALER | |
| 07.31.13 | 54 | 5643 | E | FANCY CARDS IN BOX ON CLOSET FLOOR | |
| 07.31.13 | 55 | 5644 | J | SMALL METAL CONTAINERS + BUBBLE MAILERS | |
| 07.31.13 | 56 | 5645 | J | SAMSUNG LAPTOP COMPUTER | |
| 07.31.13 | 57 | 5646 | J | FANCY CARDS & BUBBLE MAILERS | |
| 07.31.13 | 58 | 5647 | B | CASH ON FLOOR | |
| 07.31.13 | 59 | 5648 | A | FOOD SAVER | |
| 07.31.13 | 60 | 5649 | A | CASH | |
| 07.31.13 | 61 | 5650 | A | FOOD SAVER ON BOX, AND FOOD SAVER IN BOX | |
| 07.31.13 | 62 | 5651 | B | MAIL TO KEVIN JAMES: A-1 STORAGE UNIT | |

**Exhibit 11**

| 07.31.13 | 63 | 5652 | J | PRIORITY MAIL BOXES AND S TAMPS | |
| 07.31.13 | 64 | **5653** | **K** | **PLASTIC BOX IN CEILING HOLE #1** | |
| 07.31.13 | 65 | 5654 | K | MIXED DRUGS IN PLASTIC BOX IN CEILING | |
| 07.31.13 | 66 | 5655 | K | MIXED DRUGS IN PLASTIC BOX IN CEILING | |
| 07.31.13 | 67 | 5656 | K | BOX IN CEILING HOLE #2 | |
| 07.31.13 | 68 | 5657 | K | MIXED DRUGS IN PLASTIC BOX IN CEILING | |
| 07.31.13 | 69 | 5658 | K | MIXED DRUGS IN PLASTIC BOX IN CEILING | |
| 07.31.13 | 70 | 5659 | K | MIXED DRUGS IN PLASTIC BOX IN CEILING | |
| 07.31.13 | 71 | 5660 | K | FAKE IDS FROM BOX IN CEILING | |
| 07.31.13 | 72 | 5661 | B | COMPUTERS AND DRIVE | |
| 07.31.13 | 73 | 5662 | K | LABELED PLASTIC BOXES CONTAINING DRUGS | |
| 07.31.13 | 74 | 5663 | K | PRE-PACKAGED HEROIN | |
| 07.31.13 | 75 | 5664 | K | MIXED DRUGS, CHUNKS OF HEROIN, CONTAINER OF "MOLLY" | |
| 07.31.13 | 76 | 5665 | K | LARGE CHUNK OF COCAINE; DRUG BAGGIES | |
| 07.31.13 | 77 | 5666 | K | PINK BOX CONTAINING SCALES AND BAGGIES, ETC | |
| 07.31.13 | 78 | 5667 | H | CASH IN CLOSET | |
| 07.31.13 | 79 | 5668 | H | CASH IN CLOSET | |
| 07.31.13 | 80 | 5669 | I | MAILING LABELS & ADDRESSES | |
| 07.31.13 | 81 | 5670 | I | NOTEBOOK | |
| 07.31.13 | 82 | **5671** | K | EXIT PHOTO | |
| 07.31.13 | 83 | **5672** | H | EXIT PHOTO | |
| 07.31.13 | 84 | **5673** | I | EXIT PHOTO | |
| 07.31.13 | 85 | **5674** | G | EXIT PHOTO | |
| 07.31.13 | 86 | **5675** | E | EXIT PHOTO | |
| 07.31.13 | 87 | **5676** | E | EXIT PHOTO | |
| 07.31.13 | 88 | **5677** | F | EXIT PHOTO | |
| 07.31.13 | 89 | **5678** | D | EXIT PHOTO | |
| 07.31.13 | 90 | **5679** | E | FANCY CARD PACKETS IN BOX ON FLOOR | |
| 07.31.13 | 91 | **5680** | J | EXIT PHOTO | |
| 07.31.13 | 92 | **5681** | B | EXIT PHOTO | |
| 07.31.13 | 93 | **5682** | A | EXIT PHOTO | |
| 07.31.13 | 94 | **5683** | A | COPIES OF WARRANT LEFT AT PREMISES | |

**Exhibit 11**

Homeland Security
Investigations

| 07.31.13 | 95 | 5684 | C | EXIT PHOTO | |
| **08.01.13** | **96** | **5685** | **1** | **EG 724185419** | **ON SADLER** |
| 08.01.13 | 97 | 5686 | 1 | **EG 724185419** | **ON SADLER** |
| 08.01.13 | 98 | 5687 | 1 | **EG 724185419** | **ON SADLER** |
| 08.01.13 | 99 | 5688 | 1 | **EG 724185419 - COCAINE** | **ON SADLER** |
| 08.01.13 | 100 | 5689 | 2 | EI 778970007 | **ON SADLER** |
| 08.01.13 | 101 | 5690 | 2 | EI 778970007 | **ON SADLER** |
| 08.01.13 | 102 | 5691 | 2 | EI 778970007 - COCAINE | **ON SADLER** |
| 08.01.13 | 103 | 5692 | 3 | EU 950629986 | **ON SADLER** |
| 08.01.13 | 104 | 5693 | 3 | EU 950629986 | **ON SADLER** |
| 08.01.14 | 105 | 5694 | 3 | EU 950629986 - 2 PACKETS HEROIN | **ON SADLER** |
| 08.01.15 | 106 | 5695 | 4 | EG 724184413 | **ON SADLER** |
| 08.01.16 | 107 | 5696 | 4 | EG 724184413 - COCAINE | **ON SADLER** |
| 08.01.17 | 108 | 5697 | 5 | EG 724184594 | **ON SADLER** |
| 08.01.18 | 109 | 5698 | 5 | EG 724184594 - COCAINE | **ON SADLER** |
| 08.01.19 | 110 | 5699 | 6 | EI 560339452 | **ON SADLER** |
| 08.01.20 | 111 | 5700 | 6 | EI 560339452 - COCAINE | **ON SADLER** |
| 08.01.21 | 112 | 5701 | 7 | EI 920036247 | **ON SADLER** |
| 08.01.22 | 113 | 5702 | 7 | EI 920036247 - COCAINE + HEROIN | **ON SADLER** |
| 08.01.23 | 114 | 5703 | 8 | 9144 9010 7574 2969 9535 51 | **ON SADLER** |
| 08.01.24 | 115 | 5704 | 8 | 9144 9010 7574 2969 9535 51  - COCAINE | **ON SADLER** |
| 08.01.25 | 116 | 5705 | 9 | 9114 9010 7574 2388 1161 17 | **ON SADLER** |
| 08.01.26 | 117 | 5706 | 9 | 9114 9010 7574 2388 1161 17 - COCAINE | **ON SADLER** |
| 08.01.27 | 118 | 5707 | 10 | 9114 9010 7574 2398 2942 49 | **ON SADLER** |
| 08.01.28 | 119 | 5708 | 10 | 9114 9010 7574 2398 2942 49 - 2 COCAINE PACKETS | **ON SADLER** |
| 08.01.29 | 120 | 5709 | 11 | 9114 9010 7574 2357 6856 06 | **ON SADLER** |
| 08.01.30 | 121 | 5710 | 11 | 9114 9010 7574 2357 6856 06 - COCAINE | **ON SADLER** |
| 08.01.31 | 122 | 5711 | 12 | EI 771368716 | **ON SADLER** |
| 08.01.32 | 123 | 5712 | 12 | EI 771368716 - HEROIN + XANEX | **ON SADLER** |
| 08.01.33 | 124 | 5713 | K | BAG OF METHAMPHETAMINE - BOX IN CEILING | |
| | | | | | |
| | | | | | |

**Exhibit 11**

Homeland Security
Investigations

**Steve Sadler / "NOD"**
**Search Warrant - 07/31/2013**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit 11**

**Case #**
Address: 1188 160TH AVE. NE. #325
City: Bellevue          St. WA     Zip
Date:          Sketch by:

Homeland
Security
Investigations



Exhibit 12

0002509



Exhibit 13

0002405



Exhibit 14

0002437



Exhibit 15